United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Troy Hendricks, Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 19-21873-Civ-Scola |
| | ) |
| Mark S. Inch, Respondent. | ) |

## Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On July 10, 2019, Judge Reid issued a report, recommending that the Court dismiss Petitioner Troy Hendricks's 28 U.S.C. § 2241 federal habeas corpus petition for his failure to comply with her orders and his failure to prosecute his case. (Report of Mag. J., ECF No. 8.) Hendricks has not filed objections to the report and the time to do so has passed.

On May 22, 2019, after evaluating the pleadings in this case, Judge Reid ordered Hendricks to submit an amended § 2241 petition (ECF No. 5) and either the filing fee or an *in forma pauperis* motion (ECF No. 4) by June 22, 2019. Hendricks has not complied. In light of his failure to do so, the Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling: Hendricks has not responded to the Court's orders and thus the Court agrees he has failed to prosecute his case.

The Court thus **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 8**). The Court **dismisses** this case, albeit **without prejudice**.

The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on July 31, 2019.

Robert N. Scola, Jr.
United States District Judge